DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL A. LLITERAS,**
Appellant,

v.

**SRP 2013-4, LLC,**
Appellee.

No. 4D2024-2474

[October 30, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Christopher W. Pole, Judge; L.T. Case No. CACE17-015398.

Bruce K. Herman of The Herman Law Group, P.A., Fort Lauderdale, for appellant.

Eric M. Levine of Atlas | Solomon, LLP, Stuart, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GROSS and SHEPHERD, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***